UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert and Karla Osborne,<br><br>    Plaintiff,<br><br>vs.<br><br>Minnesota Recovery Bureau, Inc., Todd Davis, individually, Drew Stafford, individually, and Ford Motor Credit Company,<br><br>    Defendants. | Court File No.: 04-1167 JRT/FLN<br><br>**STIPULATION TO ALLOW DEFENDANT FORD MOTOR CREDIT COMPANY AN EXTENSION OF TIME TO ANSWER** |

Plaintiffs Robert and Karla Osborne and Defendant Ford Motor Credit Company hereby stipulate that Defendant Ford Motor Credit Company may have an extension until April 29, 2004 to respond to the Plaintiffs' Complaint in this case.

Dated: 4/29/04

CONSUMER JUSTICE CENTER, P.A.

By: _____
Thomas J. Lyons, Jr. 0249646
Attorney for Plaintiffs
342 East County Road D
Little Canada, MN 55117
651-770-9707

Dated:

LIND, JENSEN, SULLIVAN & PETERSON, P.A.

By: _____
David A. Byers 0324802
Attorney for Defendant Ford Motor
  Credit Company
150 South Fifth Street
Suite 1700
Minneapolis, MN 55402
612-333-3637

IT IS SO ORDERED.

Dated: 4/22/04

BY THE COURT:

_____
Franklin L. Noel
U.S. Magistrate Judge